DECEMBER 15, 1975

No. 75–599. APPALACHIAN POWER CO. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA ET AL. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question. MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 75–648. MORITT *v.* EXTRAORDINARY SPECIAL AND TRIAL TERM OF THE SUPREME COURT, COUNTY OF KINGS, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–5590. TONEY *v.* ARIZONA. Appeal from Super. Ct. Ariz., Pima County, dismissed for want of substantial federal question.

No. A–472. KELLEY *v.* UNITED STATES ET AL. Application for stay of order of the United States District Court for the Central District of California, entered on October 2, 1975, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–512. SEDGWICK *v.* UNITED STATES. Application to recall mandate of the District of Columbia Court of Appeals and to stay its issuance pending filing of petition for writ of certiorari, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.